In the Matter of the Accounting of HENRY F. WILSON, as Executor of MARY R. CHISHOLM, Deceased.

HENRY F. WILSON, JR., as Executor of HENRY F. WILSON, Deceased, Appellant; HERBERT B. SMITH et al., as Executors of LOUIS S. SMITH, Deceased, et al., Respondents.

Submitted February 21, 1939; decided March 7, 1939.

*Benedict S. Rosenfeld* and *Frank T. Warburton* for appellant.

*Francis Dean* for respondents.

Appeal dismissed, with costs payable out of the estate, on the ground the stipulation for judgment absolute does not permit the appeal. (*Matter of Schoenewerg*, 277 N. Y. 424.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.